# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADGER ROSS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANGEL ORTIZ et al.,<br><br>　　　　Defendants. | Case No. EDCV 10-1606-SJO (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files of this case, and the Report and Recommendation of the U.S. Magistrate Judge with respect to a Motion to Dismiss filed by Defendants. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that, pursuant to the Report and Recommendation, Defendants' Motion to Dismiss is DENIED as to Defendants Ortiz and Brown and GRANTED as to Defendant Malingkas. Defendant Arce is DISMISSED from this lawsuit because, as stated in the Magistrate Judge's January 30, 2012 Order, Plaintiff has failed to state a claim against her. Defendants Ortiz and Brown

1 | are ORDERED to file an Answer to the FAC within 20 days of the
2 | issuance of this Order.
3 | June 3, 2012.
4 | DATED: _____
  | _____
5 | S. JAMES OTERO
  | UNITED STATES DISTRICT JUDGE